UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADISLAV VYACHESLAVOVICH STARCHYK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | No. 2:19-cv-1796 TLN DB PS<br><br>ORDER TO SHOW CAUSE |

Plaintiff Vladislav Starchyk is proceeding in this action pro se and in forma pauperis. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On March 30, 2020, the undersigned granted plaintiff's motion for leave to proceed in forma pauperis and plaintiff was issued the documents necessary for service upon the defendant by the United States Marshals Service. (ECF No. 3.) Plaintiff was ordered to submit the documents to the United States Marshals within sixty days and to file a declarations stating the date on which plaintiff submitted the documents within twenty-days thereafter. Plaintiff was also served with a letter that advised plaintiff that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not

accomplished on the defendant within 90 days after the complaint was filed. (ECF No. 5.) More than 90 days have passed, plaintiff has not responded to the court's order in any manner, and the docket does not reflect proof of service on, or the appearance of, the defendant.

In this regard, it appears that plaintiff has failed to prosecute this action. In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1]; and

2. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: October 1, 2020                              /s/ DEBORAH BARNES
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.